Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 10−16518−rb**

**In re:**

| | |
|---|---|
| John Arthur Conner | Loretta Conner |
| 2578 Circle Dr. | 2578 Circle Dr. |
| Painesville, OH 44077 | Painesville, OH 44077 |

**Social Security No.:**

xxx−xx−3719                                             xxx−xx−4354

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Steven Davis is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** October 15, 2010                     /s/ Randolph Baxter
Form ohnb136                                          United States Bankruptcy Judge